## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM PRATT, JR., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:17-cv-00127-VAC-CJB |
| | ) |
| MIDLAND FUNDING LLC, | ) |
| a Delaware limited liability company, | ) |
| | ) |
| and | ) |
| | ) |
| LYONS, DOUGHTY AND VELDHUIS, P.A., | ) |
| a Delaware professional association, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND PROPOSED ORDER

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff William Pratt, the Defendant Midland Funding, LLC, and the Defendant Lyons, Doughty and Veldhuis, P.A, by and through their attorneys, that the above-captioned action, including any and all cross claims and counterclaims, shall be and hereby is dismissed with prejudice, and that a judgment of dismissal with prejudice may be entered in the case.

[SIGNATURES ON NEXT PAGE]

**LAW OFFICE OF MARY HIGGINS**

*/s/ Mary Higgins*
Mary Higgins, Esquire (#4179)
260 Chapman Road, Suite 201
Newark, DE 19702
(302) 894-4357
mary.higgins@letsbelegal.com
*Attorney for Plaintiff William Pratt*

**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN, P.C.**

*/s/ Armand J. Della Porta, Jr.*
Armand J. Della Porta, Jr., Esquire (#2861)
1007 N. Orange Street, Suite 600
P.O. Box 8888
Wilmington, DE 19899
(302) 552-4323
ajdellaporta@mdwcg.com
*Attorney for Defendant Midland Funding LLC*

**LYONS, DOUGHTY & VELDUIS, P.A.**

*/s/ Stephen P. Doughty*
Stephen P. Doughty, Esquire (#2852)
15 Ashley Place, Suite 2B
Wilmington, DE 19804
(302) 428-1670
steved@ldvlaw.com
*Attorney for Defendant Lyons, Doughty & Veldhuis, P.A.*

Date: August 17, 2017

**IT IS SO ORDERED** this _____ day of _____, 2017.

_____
J.

2